## MOTION DOCKET

95-2582. In re Boatman. *Defiance County,* No. 4-95-7. On January 22, 1996, appellee filed a memorandum in response which was due January 17, 1996. S.Ct.Prac.R. XIV(1)(C) prohibits the

filing of documents that are not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte,* effective January 29, 1996, that appellee's memorandum in response be, and hereby is, stricken.